**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45309-JPC |
| | § | |
| JENNIFER GUERRERO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 02/23/2012, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/02/2012          By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-45309-JPC
§
JENNIFER GUERRERO §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $7,075.43
*and approved disbursements of* $4,410.93
*leaving a balance on hand of[1]:* $2,664.50

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,664.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $671.52 | $0.00 | $671.52 |
| David P. Leibowitz, Trustee Expenses | $25.24 | $0.00 | $25.24 |

Total to be paid for chapter 7 administrative expenses: $696.76
Remaining balance: $1,967.74

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   |   |
|---|---:|
| Remaining balance: | $1,967.74 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,967.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $38,879.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for Target | $738.79 | $0.00 | $37.39 |
| 2 | American InfoSource LP as agent for WFNNB as assignee of Lane Bryant | $598.39 | $0.00 | $30.29 |
| 3 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $11,621.88 | $0.00 | $588.20 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $14,599.88 | $0.00 | $738.92 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $10,556.59 | $0.00 | $534.28 |
| 6 | Capital Recovery IV LLC/ Sam's Club | $763.86 | $0.00 | $38.66 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,967.74 |
| Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

  Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 10-45309-JPC
Jennifer Guerrero                                                                   Chapter 7
    Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: pgordon              Page 1 of 3           Date Rcvd: Feb 03, 2012
                               Form ID: pdf006            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2012.
```
db         +Jennifer Guerrero,    2309 Ridgeland Ave,    Berwyn, IL 60402-2430
16255631   +Associates/citibank,    Attn: Centralized Bankruptcy,    7255 Baymeadows Way,
             Jacksonville, FL 32256-6851
16255632   +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
             Columbus, OH 43219-6009
16791175   +Citibank Sd, NA,    Atttn: Centralized Bankruptcy,    POB 20507,    Kansas City, MO 64195-0507
16255633   +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16255634   +City of Berwyn,    6401 W. 31st St.,    Berwyn, IL 60402-3106
16255636    City of Chicago,    c/o Linebarger, Goggan, Blair & Sam,    POB 06152,    Chicago, IL 60606-0152
16255637   +City of Chicago,    c/o Arnold Scott Harris, P. C.,    222 Merchandise mart Plaza, #1932,
             Chicago, IL 60654-1420
16255635    City of Chicago,    Department of Revenue,    Chicago, IL 60680
16255638   +Cmre Financial Services Inc,    3075 E Imperial Hwy,    Suite 200,    Brea, CA 92821-6753
16791176   +Collection Professionals, Inc,    723 First St.,    LaSalle, IL 61301-2535
16255639  ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,    Po Box 81577,
             Austin, TX 78708)
16255640   +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
16255641   +Hsbc/carsn,    Pob 15521,    Wilmington, DE 19850-5521
16255642   +Hsbc/rs,    Pob 15521,    Wilmington, DE 19850-5521
16255644   +Metropolitan Advanced Rad Srvc,    1362 Payshpere Circle,    Chicago, IL 60674-0001
16791177   +Nationwide Credit & Collection, Inc,    815 Commerce Dr.,    Oak Brook, IL 60523-8839
16255648   +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
16255649   +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
16255650   +Wfnnb/lanebr,    450 Winks Ln,    Bensalem, PA 19020-5932
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16792618    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2012 04:02:26
             American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16792620    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2012 03:52:18
             American InfoSource LP as agent for WFNNB,     as assignee of,    Lane Bryant,    PO Box 248872,
             Oklahoma City, OK  73124-8872
17188379    E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2012 03:58:37     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16255647    E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2012 03:58:37     GE Money Bank (Sams Club),
             c/o Recovery Management Systems Corp,    25 S. E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
16255646   +E-mail/Text: bankrup@nicor.com Feb 04 2012 03:21:02     Nicor Gas,
             Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
16894671   +E-mail/Text: resurgentbknotifications@resurgent.com Feb 04 2012 03:20:04
             PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16791182   +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2012 04:03:07     Sams Club,    Attn: Bankruptcy Dept,
             POB 105968,    Atlanta, GA 30348-5968
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16255643   ##+Jazmin Romo,    2309 Ridgland Ave,    Berwyn, IL 60402-2430
16255645   ##+Nationwide Credit & Co,    Attn: Bankruptcy,    9919 W Roosevelt Rd Ste 101,
             Westchester, IL 60154-2771
                                                                                               TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pgordon              Page 2 of 3               Date Rcvd: Feb 03, 2012
                              Form ID: pdf006            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2012**                **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: pgordon              Page 3 of 3                   Date Rcvd: Feb 03, 2012
                               Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2012 at the address(es) listed below:
          David P Leibowitz   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          John V Delgaudio   on behalf of Debtor Jennifer Guerrero JVD@JVDLaw.com, John@LifeToLegacy.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Steven C Lindberg   on behalf of Creditor  JP Morgan Chase Bank, N.A. bankruptcy@fallaw.com
                                                                                                            TOTAL: 4